PROB 12B
10/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing Is Attached)

FILED AUG - 5 2005 IN THIS OFFICE Clerk U S District Court Greensboro N C By _____

| | | | |
|---|---|---|---|
| Name of Offender | LISA MOORE CUMMINGS | Case Number | 1 00CR154-1 |

Name of Sentencing Judicial Officer    The Honorable William L Osteen

Date of Original Sentence    December 8, 2000

Original Offense    **Count One** Conspiracy to Possess with Intent to Distribute and Distribution of Marijuana and Cocaine Hydrochloride, in violation of 21 U S C §§ 846, 841(a)(1), and (b)(1)(A)
**Count Five** False Statements Before a Grand Jury, in violation of 18 U S C § 1623

Original Sentence    **Count One** 54 months imprisonment, followed by 5 years supervised release
**Count Five** 60 months imprisonment, followed by 3 years supervised release, all to run concurrently with Count One

Type of Supervision    Supervised Release    Date Supervision Commenced    July 9, 2004
Date Supervision Expires July 8, 2009

Assistant U S Attorney    Clifton T Barrett    Defense Attorney    Charles H Harp

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ years, for a total term of _____ years
[X]   To modify the conditions of supervision as follows

The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer During the course of treatment, the defendant shall abstain from the use of alcoholic beverages

### CAUSE

Ms Cummings has a documented history of illicit drug use The aforementioned modification of the special condition is recommended in order to allow for continued drug testing beyond the termination of any substance abuse treatment and to assist in the monitoring of her compliance with the statute which prohibits illicit drug use while under supervision

Respectfully submitted,

Bradley G Whitley
U S Probation Officer

Approved by

Terri M Merritt
Supervising U S Probation Officer

Date August 2, 2005

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Signature of Judicial Officer*

August 5, 2005
Date

/bgw

PROB 49
03/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina
## Waiver of Hearing to Modify Conditions

## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision

The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer During the course of treatment, the defendant shall abstain from the use of alcoholic beverages

Witness _____     Signed _____
Brad G Whitley                              Lisa Moore Cummings
U S Probation Officer                        Probationer/Releasee

_8-1-05_
Date